UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| FERNANDO GALINDO<br>CLERK OF COURT | MARK S. DAVIS<br>CHIEF JUDGE |

## Acknowledgement of Receipt

The court is in receipt of your complaint/petition. The case has been assigned as outlined below. Please make sure to include this case number on all future filings and correspondence made in connection with this matter. Your complaint/petition was submitted without the required filing fee of $400.00 or an In Forma Pauperis Application. Please submit either a check or money order made payable to the Clerk of Court **OR** the enclosed IFP application completely filed out and signed. Please ensure that you place the case number listed below on your form of payment or IFP.

Caption:    LaRue v Experian Information Solutions, Inc.

Case Number:    1:20cv1283

Please mail future filings and correspondence made in connection with this matter to:

Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314
